No. 95–1776. MCNEEL ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE; KURNIK ET UX. *v.* COMMISSIONER OF INTERNAL REVE-

NUE; and PRESSLEY *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.